In the Matter of ANNE E. ADAMS, an Attorney, Resignor. [874 NYS2d 830]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Mar. 6, 2009.)

In the Matter of MICHAEL S. GAWEL, for Reinstatement to the Practice of Law in the State of New York. [874 NYS2d 849]—Order entered denying application for reinstatement. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ.

In the Matter of MICHAEL A. YOOD, for Reinstatement to the Practice of Law in the State of New York. [874 NYS2d 830]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Smith, Centra and Peradotto, JJ. (Filed Mar. 5, 2009.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE KAHLEY, Appellant. [874 NYS2d 852]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, whether the court complied with the statutory mandates of CPL 310.30. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of May 31, 1996 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before July 17, 2009. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST DUNHAM, Appellant. [874 NYS2d 857]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO WOODS, Appellant. [874 NYS2d 858]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Peradotto, Green and Gorski, JJ.